# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr3 |
| | ) | |
| SANDRA WALLACE | ) | |

## ORDER

On November 15, 2007, defendant Sandra Wallace was sentenced in this matter to two (2) years of supervised probation with the special condition that she serve five (5) months in community confinement, with work release and voluntary surrender permitted.

For good cause,

It is hereby **ORDERED** that the special condition of supervised probation requiring defendant to serve five (5) months in community confinement is **VACATED**.

In lieu of community confinement, it is further **ORDERED** that defendant's term of supervised probation is **MODIFIED** to add the special condition requiring her to serve fifteen (15) weekends in jail, with voluntary surrender permitted, as directed by the Probation Officer and the Bureau of Prisons.

The Clerk is directed to send a copy of this Order to the Probation Office, the Marshal's Service, the Bureau of Prisons and all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
March 11, 2009